March 6, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

JANENE FANDAL BRANTLEY, Appellant

NO. 14-11-00583-CV                    V.

MATTHEW FRANCOIS BRANTLEY, Appellee

_____

This cause, an appeal from the trial court's "AGREED ORDER IN SUIT TO MODIFY PARENT-CHILD RELATIONSHIP," signed June 7, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, JANENE FANDAL BRANTLEY, to pay all costs incurred in this appeal. We further order this decision certified below for observance.